McGREGOR W. SCOTT
United States Attorney
KRISTI C. KAPETAN
Assistant U. S. Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000

Attorney for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA OAK FOUNDATION; CALIFORNIA NATIVE PLANT SOCIETY; CALIFORNIA INDIAN BASKETWEAVERS ASSOCIATION; CALIFORNIANS FOR ALTERNATIVE TO TOXICS,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES FOREST SERVICE; TOM QUINN, in his official capacity as Forest Supervisor for the Stanislaus National Forest,<br><br>Defendants. | CASE NO. **1:05-CV-01395-REC-SMS**<br><br>STIPULATION TO VACATE EX PARTE REQUEST FOR AN EXTENSION; STIPULATION TO CONTINUE DATES |

Plaintiffs CALIFORNIA OAK FOUNDATION, CALIFORNIA NATIVE PLANT SOCIETY, CALIFORNIA INDIAN BASKETWEAVERS ASSOCIATION AND CALIFORNIANS FOR ALTERNATIVES TO TOXICS and Defendant UNITED STATES FOREST SERVICE submit the following stipulation:

On Friday, May 12, 2006, Plaintiffs filed a request for an extension within which to file their opening brief.  The parties have since reached agreement regarding the dates in this matter

1

and propose the following changes to the briefing schedule:

| CURRENT DATES | | NEW DATES |
|---|---|---|
| Plaintiffs' opening brief | 5/12/06 | 5/19/06 |
| Defendant's opening brief | 6/16/06 | 6/30/06 |
| Plaintiffs' reply brief | 7/21/06 | 8/4/06 |
| Defendant's sur-reply | 8/18/06 | 9/1/06 |

All other dates to remain the same, including the hearing date of September 25, 2006.

Respectfully submitted,

DATED: May 16, 2006

For all Plaintiffs:

By: /s/ Michael W. Graf
Michael W. Graf
Attorney for Plaintiffs

DATED:  May 16, 2006

For all Defendants:                McGREGOR W. SCOTT
United States Attorney

By: /s/ Kristi C. Kapetan
Kristi C. Kapetan
Assistant U.S. Attorney

IT IS SO ORDERED.

**Dated:   May 22, 2006**                /s/ Sandra M. Snyder
icido3                UNITED STATES MAGISTRATE JUDGE

2