# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA OAK FOUNDATION, et al.,<br><br>          Plaintiffs,<br><br>  vs.<br><br>UNITED STATES FOREST SERVICE, et al.,<br><br>          Defendants.<br>_____/ | CASE NO. CV F 05-1395 LJO SMS<br><br>**ORDER TO SET STATUS CONFERENCE**<br><br>Date:  June 12, 2007<br>Time:  8:15 a.m.<br>Dept.:  4 (LJO) |

In this National Environmental Policy Act, 42 U.S.C. §§ 4321, et seq. action, this Court conducted a May 16, 2007 status conference. Plaintiffs appeared by telephone by Micheal W. Graf, Law Offices of Michael W. Graf. Defendants appeared by Assistant U.S. Attorney Kristi Kapetan. The parties attempt to resolve plaintiffs' challenges to the Larson Reforestation and Fuel Reduction Project in the Stanislaus National Forest. As such, this Court:

1. ORDERS the parties, no later than June 7, 2007, to file a joint status report to address progress to resolve plaintiffs' challenges to the project and this action; and

2. SETS a status conference for June 12, 2007 at 8:15 a.m. in Department 4 (LJO). The parties may attend the status conference by telephoning the Court at (559) 499-5680. At the status conference, the parties shall be prepared to discuss progress to resolve plaintiffs' challenges to the project and this action.

IT IS SO ORDERED.

**Dated:   May 16, 2007**                     /s/ Lawrence J. O'Neill
                                                         UNITED STATES DISTRICT JUDGE