IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA OAK FOUNDATION, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> UNITED STATES FOREST SERVICE, et al., <br><br> Defendants. _____/ | CASE NO. CV F 05-1395 LJO SMS <br><br> **ORDER TO SET STATUS CONFERENCE** <br><br> Date: June 28, 2007 <br> Time: 8:15 a.m. <br> Dept.: 4 (LJO) |

In this National Environmental Policy Act, 42 U.S.C. §§ 4321, et seq. action, this Court conducted a June 12, 2007 status conference. Plaintiffs appeared by telephone by Micheal W. Graf, Law Offices of Michael W. Graf. Defendants appeared by Assistant U.S. Attorney Kristi Kapetan. The parties' counsel indicated there is potential resolution of plaintiffs' challenges to the Larson Reforestation and Fuel Reduction Project in the Stanislaus National Forest. As such, this Court SETS a status conference for June 28, 2007 at 8:15 a.m. in Department 4 (LJO). The parties' counsel may attend the status conference by telephoning the Court at (559) 499-5680. At the status conference, the parties shall be prepared to discuss progress to resolve plaintiffs' challenges to the project and this action. This Court will vacate the status conference if the parties file, no later than June 27, 2007, a stipulation to dismiss this action.

IT IS SO ORDERED.

**Dated:   June 12, 2007**                               /s/ Lawrence J. O'Neill

UNITED STATES DISTRICT JUDGE