```
McGREGOR W. SCOTT
United States Attorneys
DAVID T. SHELLEDY
KRISTI C. KAPETAN
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2799
Facsimile:  (916) 554-2900
```

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA OAK FOUNDATION; et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>UNITED STATES FOREST SERVICE; and TOM QUINN,<br><br>    Defendants. | 1:05-CV-01395-LJO-SMS<br><br>**STIPULATION TO DISMISS, AND ORDER TO VACATE STATUS CONFERENCE** |

   Whereas the administrative decision challenged in this action was withdrawn by the Forest Service on June 8, 2007,

   Accordingly, the parties hereby stipulate to dismiss the complaint without prejudice,

   Further, plaintiffs hereby give notice that they intend to file an application for attorneys fees within the time allowed by the Equal Access to Justice Act.

```
                              Respectfully submitted,

DATED: July 11, 2007          McGREGOR W. SCOTT
                              United States Attorney


                         By:  /s/ David T. Shelledy
                              DAVID T. SHELLEDY
                              Assistant U.S. Attorney
```

DATED: July 11, 2007        /s/ Michael W. Graf
                            MICHAEL W. GRAF
                            Attorney for Plaintiffs

ORDER

Pursuant to the above stipulation, the complaint is dismissed without prejudice, and the status conference set for July 12, 2007, is vacated.

IT IS SO ORDERED.

**Dated:   July 11, 2007**          /s/ Lawrence J. O'Neill
                                    UNITED STATES DISTRICT JUDGE