| | |
|---|---|
| Michael W. Graf (CA Bar # 136172) | Julia A. Olson (CA Bar # 192642) |
| 227 Behrens Street | 2985 Adams Street |
| El Cerrito CA 94530 | Eugene, OR 97405 |
| Tel: (510) 525-7222 | Tel: 541-344-7066 |
| Fax: (510) 525-1208 | Fax: 541-344-7061 |
| mwgraf@aol.com | JAOEarth@aol.com |
| | |
| Rachel M. Fazio (CA Bar # 187580) | Sharon E. Duggan  (CA Bar # 105108) |
| P.O. Box 697 | 370 Grand Avenue Suite 5 |
| Cedar Ridge, CA 95924 | Oakland, CA 94610 |
| Tel: (530) 273-9290 | Tel: 510-271-0825 |
| Fax: (530) 273-9260 | Fax: 510-271-0829 |
| rfazio@nccn.net | FoxSDuggan@aol.com |

Attorneys for Plaintiffs

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| CALIFORNIA OAK FOUNDATION, CALIFORNIA NATIVE PLANT SOCIETY, CALIFORNIA INDIAN BASKETWEAVERS ASSOCIATION, and CALIFORNIANS FOR ALTERNATIVES TO TOXICS, non-profit organizations,<br><br>         Plaintiffs,<br>  v.<br>UNITED STATES FOREST SERVICE, TOM QUINN, in his official capacity as Forest Supervisor for the Stanislaus National Forest,<br><br>         Defendants.<br>_____ | ) Case No : 1:05-CV-01395-REC-SMS<br>)<br>) STIPULATION AND PROPOSED ORDER<br>) RE PLAINTIFFS' MOTION FOR<br>) ATTORNEYS FEES<br>)<br>)<br>) Honorable Lawrence J. O'Neill<br>)<br>)<br>)<br>)<br>)<br>/ |

Whereas the administrative decision challenged in this action was withdrawn by the Forest Service on June 8, 2007;

Whereas on July 11, 2007, the parties stipulated to dismiss the complaint without prejudice;

Whereas on July 11, 2007, the court signed the stipulated order dismissing Plaintiffs' complaint without prejudice, which order was filed on July 12, 2007;

Whereas Plaintiffs gave notice in the stipulation that they intended to file an application for attorneys fees within the time allowed by the Equal Access to Justice Act (EAJA);

Whereas Plaintiffs' motion for attorneys fees under EAJA must be filed within 30 days of the Court's order of dismissal, *see* 28 U.S.C. § 2412(d)(1)(B), on or about August 10, 2007;

Whereas the parties have been unsuccessful in settling Plaintiffs' claim for fees;

Whereas the legal and factual issues raised in Plaintiffs' intended motion for attorneys fees are similar to issues raised in a current motion for attorneys fees filed on July 24, 2007 in the Eastern District, Case No. 2:05-CV-01502-LKK-JFM, which motion is scheduled to be heard on September 10, 2007;

Whereas the resolution of the fee motion in Case No. 2:05-CV-01502 may provide the parties with further guidance as to whether settlement of Plaintiffs' claim for fees is appropriate;

Whereas the Ninth Circuit law allows Plaintiffs to file an abbreviated motion for fees that satisfies EAJA's 30 day jurisdictional time period, *see United States of America v. Zlatkohristov,* 396 F.3d 1044 (9th Cir. 2005);

Whereas the parties wish to avoid full briefing on Plaintiffs' motion for attorneys fees in this action until the fee motion in Case No. 2:05-CV-01502-LKK-JFM is resolved, at which time the parties intend to revisit the potential for settlement of Plaintiffs' claim for fees; and

Whereas the parties now wish to stipulate to allow Plaintiffs to file an abbreviated motion for fees within the EAJA time period, with supplemental briefing continued until a time sufficient to allow for the parties to revisit settlement following resolution of the fee motion in Case No. 2:05-CV-01502-LKK-JFM;

Based on the above, the parties hereby stipulate:

1. Plaintiffs shall file an abbreviated motion for attorneys fees on or about August 10, 2007, which shall set forth the approximate amount of fees and costs requested and the basis for Plaintiffs' right to fees under EAJA, which motion shall satisfy EAJA's jurisdictional requirement that fee motions be filed within 30 days of judgment;

2. Further briefing on Plaintiffs' fee motion, including Plaintiffs' Memorandum of Points and Authorities and declarations and exhibits in support, Defendants' Opposition, and Plaintiffs' Reply, shall be continued until after the issuance of a final order on the fee motion filed in Case No. 2:05-CV-01502-LKK-JFM and currently set for hearing on September 10, 2007;

3. Within 15 days following the final court order on the fee motion filed in Case No. 2:05-CV-01502-LKK-JFM, the parties shall submit to this Court a status conference statement apprising the Court of the current status of Plaintiffs' Motion for Attorneys fees, including any request for further briefing extensions and basis therefor and/or a proposed schedule for briefing the Motion.

//

//

//

//

//

Respectfully submitted,

DATED: July 31, 2007                    McGREGOR W. SCOTT
                                        United States Attorney

                        By:     /s/ David T. Shelledy
                                DAVID T. SHELLEDY
                                Assistant U.S. Attorney


DATED: July 31, 2007    By:     /s/ Michael W. Graf
                                MICHAEL W. GRAF
                                Attorney for Plaintiffs


**ORDER**

Pursuant to the above stipulation, Plaintiffs may file their abbreviated fee motion on or before August 10, 2007 and briefing on the motion shall be continued as set forth above.

IT IS SO ORDERED.

**Dated:   July 31, 2007**              /s/ Lawrence J. O'Neill
                                        UNITED STATES DISTRICT JUDGE

3