McGREGOR W. SCOTT
United States Attorney
DAVID T. SHELLEDY
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2799
Facsimile:  (916) 554-2900

Attorney for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA OAK FOUNDATION; et al., | 1:05-CV-01395-LJO-SMS |
| Plaintiffs, | **STIPULATION AND ORDER TO VACATE HEARING (of 9/21/2007 at 9:30a.m. before Judge Snyder) ON PLAINTIFFS' MOTION FOR ATTORNEYS FEES** |
| v. | |
| UNITED STATES FOREST SERVICE; and TOM QUINN, | |
| Defendants. | **ORDER: Status Report due 15 days from a Final Ruling in 2:05-cv-01502-LKK-JFM** |

On July 31, 2007, the Court (Judge O'Neill) entered an order postponing submission of briefs on plaintiffs' motion for attorneys fees until after the Court rules on a similar motion now pending in <u>Californians for Alternatives to Toxics v. Eubanks</u>, Case No. 2:05-CV-01502-LKK-JFM.  The same order directed the parties to submit a status report with a proposed briefing schedule for the fee motion in this case within 15 days after a final ruling on the fee motion in <u>Californians for Alternatives to Toxics</u>.

Subsequently, on August 8, 2007, the Court entered a minute order setting a hearing on the fee motion in this case for

1  September 21, 2007.  A ruling on the fee motion in <u>Californians
2  for Alternatives to Toxics</u> is not likely to be rendered by then.
3  Hence, pursuant to the Order of July 31, 2007, the fee motion in
4  this case will not have been briefed and will not be ready for
5  hearing.
6      Accordingly, subject to the Court's approval as provided
7  below, the parties hereby stipulate to vacate the September 21,
8  2007 hearing, and to submit a status report with proposed
9  briefing schedule within 15 days after a final ruling on the fee
10 motion in <u>Californians for Alternatives to Toxics</u>.

                                  Respectfully submitted,

DATED: August 14, 2007            McGREGOR W. SCOTT
                                  United States Attorney

                            By:   /s/ David T. Shelledy
                                  DAVID T. SHELLEDY
                                  Assistant U.S. Attorney


DATED: August 14, 2007      By:   /s/ Michael W. Graf
                                  MICHAEL W. GRAF
                                  Attorney for Plaintiffs



                                  ORDER

IT IS SO ORDERED.

**Dated:   August 14, 2007**           /s/ Sandra M. Snyder
                                  UNITED STATES MAGISTRATE JUDGE

2